HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INX, LLC,

    Plaintiff,

    v.

MUSIC GROUP SERVICES U.S., INC.,

    Defendant.

CASE NO. C13-2126RAJ

ORDER

    Today, the court received a motion for temporary restraining order and motion for writ of attachment. Dkt. ## 10-11. The motion for writ of attachment is noted for December 27, 2013 pursuant to this District's local rules. Plaintiff asks the court for a temporary restraining order to restrain any potential sale of real property owned by defendant until the court can rule on the motion for writ of attachment. Defendant received electronic notification of the motion for temporary restraining order today. The court will allow defendant to respond to the motion for temporary restraining order no later than Friday, December 13, 2013. Defendant shall respond to plaintiff's arguments, as well as advise the court whether it will voluntarily refrain from selling, conveying, transferring, or otherwise disposing of the real estate identified until the court rules on the motion for writ of attachment. The court's intention is to preserve the status quo until the motion for writ of attachment is ripe for consideration and the court has the benefit of argument from both parties.

ORDER – 1

DATED this 11th day of December, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2