HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INX, LLC,

    Plaintiff,

v.

MUSIC GROUP SERVICES U.S., INC.,

    Defendant.

CASE NO. C13-2126RAJ

ORDER

This matter comes before the court *sua sponte*. On December 19, 2013, the court entered a temporary restraining order ("TRO") that enjoined defendant Music Group Services U.S., Inc. from selling, transferring, encumbering, disposing of, or otherwise altering its interest in the property located at 2501 Western Ave, Seattle, Washington. Dkt. # 21 at 7. On January 7, 2014, the court granted plaintiff's motion for writ of attachment. Dkt. # 30. On January 21, 2014, the court ordered defendant to provide a $500,000.00 cash deposit or unconditional bond in lieu of the writ of attachment. Dkt. # 33. The court also noted that the TRO would be dissolved once defendant complied with the order. *Id.* Defendant has provided a receipt that $500,000.00 was deposited into the court's registry. Dkt. # 35-1 (Ex. A to Notice of Cash Deposit).

For all the foregoing reason, the court DISSOLVES the TRO entered on December 20, 2013. Dkt. # 22.

ORDER - 1

1     Dated this 6th day of February, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2