The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INX, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>    v.<br><br>MUSIC GROUP SERVICES U.S., INC., a Washington corporation,<br><br>                    Defendant. | No. 2:13-CV-02126-RAJ<br><br>STIPULATED MOTION FOR AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND DISBURSEMENT OF FUNDS<br><br>**Note on Motion Calendar:**<br>July 11, 2014 |

**STIPULATION**

Plaintiff INX, LLC ("INX"), Defendant MUSIC Group Services U.S., Inc. ("MG US"), and Proposed-Intervenor MUSIC Group Ltd. ("MG Ltd.") (collectively, "the Parties") hereby stipulate and agree as follows:

1. The Parties have fully and finally settled this lawsuit and, to that end, have executed a written settlement agreement dated June 27, 2014 (the "Settlement Agreement").

2. Pursuant to the Settlement Agreement, the Parties agree to a dismissal with prejudice of this action, including dismissal of all pled and proposed claims and counterclaims.

3. MG US has deposited $500,000.00 to the Court registry.

3. Pursuant to the Settlement Agreement, the Parties agree that $250,000 of the funds deposited by MG US to the Court registry shall be disbursed to INX, payable to INX's

STIPULATED MOTION FOR AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE AND DISBURSEMENT OF FUNDS
(No. 2:13-CV-2126-RAJ) — 1
DWT 24445886v1 0099246-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

counsel, and that the remaining $250,000 of the funds deposited by MG US to the Court registry shall be disbursed to MG US, payable to MG US's counsel.

4. Pursuant to the Settlement Agreement, the Parties agree that the Court may retain jurisdiction for the purpose of enforcing the Settlement Agreement.

DATED this 11th day of July, 2014.

Seed IP Law Group PLLC
*Attorneys for MUSIC Group Services U.S., Inc.*

Davis Wright Tremaine LLP
*Attorneys for INX, LLC*

By  s/ *E. Russell Tarleton*
    E. Russell Tarleton, WSBA No. 17006
    Timothy L. Boller, WSBA No. 29079
    701 Fifth Avenue, Suite 5400
    Seattle, WA  98104
    Telephone: (206) 622-4900
    E-mail:   russt@seedlaw.com
               timb@seedip.com

By  s/ *Joshua A. Rataezyk*
    Joshua A. Rataezyk, WSBA No. 33046
    James Harlan Corning, WSBA No. 45177
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:   joshrataezyk@dwt.com
               jamescorning@dwt.com

**ORDER**

In light of the foregoing stipulation, it is hereby ORDERED:

1. Following disbursement of the funds held in the Court registry as set forth below, this action, and each of the claims asserted therein, is DISMISSED WITH PREJUDICE.

2. All motions, hearings, and other deadlines are hereby STRICKEN as moot.

3. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $250,000.00, payable to Davis Wright Tremaine LLP and mail or deliver the check to Davis Wright Tremaine LLP, Attn: Josh Rataezyk, 1201 Third Avenue, Suite 2200, Seattle, WA 98101.

4. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $250,000.00 plus all accrued interest, minus any statutory users fees, payable to Seed IP Law Group PLLC and mail or deliver the check to

STIPULATED MOTION FOR AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE AND DISBURSEMENT OF FUNDS
(No. 2:13-CV-2126-RAJ) — 2
DWT 24445886v1 0099246-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1 | Seed IP Law Group PLLC, Attn: Russ Tarleton, 701 Fifth Avenue, Suite 5400, Seattle, WA 98104.

5. The Court retains jurisdiction over this matter for the purpose of enforcing the Settlement Agreement.

IT IS SO ORDERED.

DATED THIS 21st day of July, 2014.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION FOR AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE AND DISBURSEMENT OF FUNDS
(No. 2:13-CV-2126-RAJ) — 3
DWT 24445886v1 0099246-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**PROOF OF SERVICE**

I hereby certify that on the date below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Timothy LeRoy Boller** – timb@seedip.com, litcal@seedip.com

**E. Russell Tarleton –** russt@seedlaw.com, litcal@seedip.com

DATED this 11th day of July, 2014.

 s/ *Joshua A. Rataezyk*
Joshua A. Rataezyk, WSBA No. 33046
Attorney for Plaintiff INX, LLC

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail:   joshrataezyk@dwt.com

STIPULATED MOTION FOR AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE AND DISBURSEMENT OF FUNDS
(No. 2:13-CV-2126-RAJ) — 4
DWT 24445886v1 0099246-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax